**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ian Inwook Kang,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Porsche Cars North America, Inc., et al.,<br><br>　　　　　Defendants | Case No.: CV 25-3352-JFW (ADSx)<br><br>ORDER |

**ORDER**

On April 23, 2025, the Parties to the above-referenced action filed a Stipulation to File First Amended Complaint and to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;

2. The First Amended Complaint attached to the Stipulation as Exhibit B is accepted by the Court as filed on April 24, 2025.

3. Central District of California case number 2:25-cv-03352 JFW-ADSx IAN INWOOK KANG vs PORSCHE CARS NORTH AMERICA, INC., is hereby remanded to The California Superior Court, County of Los Angeles.

IT IS SO ORDERED.

DATED: April 24, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE